# Court of Appeals
# of the State of Georgia

ATLANTA,  June 28, 2018

*The Court of Appeals hereby passes the following order:*

## A18A1786.  CORDURAY SCOTT SR. v. ANNETTIA TOBY, WARDEN.

A jury found Corduray Scott, Sr., guilty of murder and cruelty to children. Stylized as a habeas petition,[1] Scott seeks to appeal his final judgment and sentence dated August 12, 2012.

Under our Constitution, the Supreme Court has appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed." See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (8).  Because a penalty of death can be imposed for the crime of murder, jurisdiction is proper in the Supreme Court.  See OCGA § 17-10-30 (b); *Neal v. State*, 290 Ga. 563, 572 (722 SE2d 765) (2012) (Hunstein, C. J., concurring); see also *State v. Thornton*, 253 Ga. 524, 524 (1) (322 SE2d 711) (1984) (directing this Court to transfer "all cases in which either a sentence of death or of life imprisonment has been imposed upon conviction of murder").  And, if we construe Scott's appeal as one from a habeas petition, the Supreme Court also has exclusive appellate jurisdiction over all cases involving habeas corpus. See Ga. Const. 1983, Art. VI, Sec. VI, Par. III (4).

---

[1] It is unclear from the appellate record whether Scott actually filed a habeas petition in superior court.

Accordingly, Scott's motion to transfer is GRANTED and this appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __06/28/2018__

  *I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.

  *Witness my signature and the seal of said court* hereto affixed the day and year last above written.

_____ , *Clerk.*